UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAVAL SULLIVAN                                                          CIVIL ACTION

VERSUS                                                                    NO. 25-658

ORLEANS PARISH PRISON, ET AL.                              SECTION: "G"(3)

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this __6th__ day of November, 2025.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**